

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Jerome M. Maiatico*
*Assistant U.S. Attorney*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 15, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:**    *United States v. Isaiah Adams*
                <u>**Criminal No. 25-523**</u>

Dear Clerk's Office:

    Please unimpound the information in the above-captioned case this morning by 9:00am. The information was filed under seal on December 11, 2025.

                            Very truly yours,

                            DAVID METCALF
                            United States Attorney

                            JEROME M. MAIATICO
                            LOUIS D. LAPPEN
                            Assistant United States Attorneys